JM:IJ/CMP
F.#2010R00211

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

EUGENE GOUREVITCH,

          Defendant.

- - - - - - - - - - - - - - - - X

I N D I C T M E N T

**CR 12 - 0758**
No.

(T. 18, U.S.C., §§ 1512(k),
1512(c)(2), 2 and 3551 et
seq.)

ROSS, J.

SCANLON, M.J.

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Obstruction of Justice Conspiracy)

       In or about and between September 2011 and December 2011, both dates being approximate and inclusive, in the Eastern District of New York and elsewhere, the defendant EUGENE GOUREVITCH, together with others, did knowingly, intentionally and corruptly conspire to obstruct, influence and impede and attempt to obstruct, influence and impede an official proceeding, to wit: <u>Securities and Exchange Commission vs. One or More Unknown Purchasers of Securities of Global Industries, Ltd.</u>, Civil Docket No. 11-6500, a proceeding before the United States District Court for the Southern District of New York, contrary to Title 18, United States Code, Section 1512(c)(2).

       (Title 18, United States Code, Sections 1512(k) and 3551 et seq.)

COUNT TWO
(Obstruction of Justice)

In or about and between September 2011 and December 2011, both dates being approximate and inclusive, in the Eastern District of New York and elsewhere, the defendant EUGENE GOUREVITCH, together with others, did knowingly, intentionally and corruptly obstruct, influence and impede and attempt to obstruct, influence and impede an official proceeding, to wit: Securities and Exchange Commission vs. One or More Unknown Purchasers of Securities of Global Industries, Ltd., Civil Docket No. 11-6500, a proceeding before the United States District Court for the Southern District of New York.

(Title 18, United States Code, Sections 1512(c)(2), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

2

# UNITED STATES   DISTRICT COURT

## EASTERN DISTRICT of NEW YORK

### Criminal Division

## THE UNITED STATES OF AMERICA

### EUGENE GOUREVITCH,
**Defendant.**

## I N D I C T M E N T

(T. 18, U.S.C., §§ 1512(k), 1512(c)(2), 2 and
3551 et seq.)

*A true bill.*

_____

*Foreman*

*Filed in open court this* ___ 5th ___ *day.*

*of* December ___ *A.D. 20* 12 ___

_____

*Clerk*

*Bail, $* ___

***AUSA Ilene Jaroslaw (718) 254-6236***