3:13-XR-90864 JCS

**United States District Court**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

Eugene Gourevitch
Defendant

ORDER SETTING CONDITIONS OF RELEASE AND BOND

Case No.: 12CR758 (ARR)

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon Unsecured Bond executed by defendant in the amount of $_____, or $1 million
[X] Upon Secured Appearance Bond as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[X] 1. The defendant must remain in and may not leave the following areas without Court permission: EDNY, SDNY, FL, CA
[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____
[X] 3. The defendant shall avoid and not go to any of the following locations: _____
[X] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by release and shall not apply for any other passport.
[X] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
   [X] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work; as directed by PTS
   [X] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____
   [ ] is subject to home detention with electronic monitoring with the following conditions: _____
   [X] must undergo [ ] random drug testing [X] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [X] mental health problems.
   [ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.
[ ] 6. Other Conditions: _____

## APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $1 million. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____
[X] premises located at: 826 41st Ave, San Francisco, CA owned by David Del Debbio & Faina Gourevitch-Del Debbio
[X] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before 10/30/13

[ ] Other Conditions: _____

_____   Address: 826 41st Ave S.F. CA 94121
David Del Debbio  Surety

_____   Address: 826 41 Ave S.F. CA 94121
Faina Gourevitch-Del Debbio  Surety

(415) 666-8135

The Court has advised the defendant of the conditions of release per 18:3142(b)(1) and (b)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

Eugene S Gourevitch
Signature of Defendant

Release of the Defendant is hereby ordered on Oct 23, 2013.

_____

Distribution:   White-Original   Canary - Courtroom Deputy   Pink - Pretrial Services   Goldenrod - Defendant

San Francisco Assessor-Recorder
Doris M. Ward, Assessor-Recorder
DOC- 2001-G902137-00
Check Number 0451
Tuesday, FEB 13, 2001 15:15:36
Ttl Pd    $9.00    Nbr-0001554685

**REEL H824 IMAGE 0739**
ogi/ER/1-1

**RECORDED AT THE REQUEST OF:**
Richard H. Ballin, Esq.

**RETURN TO:**
Mr. and Mrs. David Del Debbio
826 - 41st Avenue
San Francisco, California 94121

## GRANT DEED

1683-30

The undersigned grantors declare:

Documentary transfer tax is: -0- (Conveyance is to a trust, which is not pursuant to a sale and is, thus, exempt.)
( )    computed on full value of property conveyed, or
( )    computed on full value less value of liens and encumbrances remaining at time of sale.
( )    Unincorporated area  ( ) City of _____, and

**FOR CONSIDERATION, DAVID A. DEL DEBBIO and FAINA GOUREVITCH-DELDEBBIO, husband and wife, as joint Tenants,** hereby grant to **DAVID A. DEL DEBBIO and FAINA GOUREVITCH-DEL DEBBIO, TRUSTEES of the DEL DEBBIO-GOUREVITCH TRUST** (created by a Declaration of Trust, dated _June 7_, 1999, the following-described real property in the City of San Francisco, County of San Francisco, State of California:

BEGINNING at a point on the easterly line of 41st Avenue, distant thereon 150 feet southerly from the southerly line of Cabrillo Street; running thence southerly on said line of 41st Avenue 25 feet; thence at a right angle easterly 120 feet; thence at a right angle northerly 25 feet; thence at a right angle westerly 120 feet to the point of beginning. BEING a portion of Outside Land Block No. 420.

Commonly known as 826 - 41st Avenue, San Francisco, California

THIS CONVEYANCE IS TO A REVOCABLE TRUST CREATED BY THE GRANTORS AND DOES NOT CONSTITUTE A CHANGE OF OWNERSHIP AND IS NOT SUBJECT TO REASSESSMENT PURSUANT TO REVENUE AND TAXATION CODE SECTION 62.

Dated: _JUNE 7_, 1999

X _____ David A. Del Debbio _____
DAVID A. DEL DEBBIO

X _____ F. Gour... _____
FAINA GOUREVITCH-DELDEBBIO

**Mail Tax Statements To:**
Mr. and Mrs. David Del Debbio
826 - 41st Avenue
San Francisco, California 94121

### CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

STATE OF CALIFORNIA    )
                       ) SS.
COUNTY OF _San Francisco_ )

On _June 7_, 1999, before me, _Leland Barrett_, Notary Public, personally appeared **DAVID A. DEL DEBBIO** and **FAINA GOUREVITCH-DEL DEBBIO**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument, the persons, or the entity upon behalf of which the persons acted, executed the instrument.

WITNESS my hand and official seal.

_Leland Barrett_
Notary Public, State of California

LELAND BARRETT
Comm. # 1154121
NOTARY PUBLIC - CALIFORNIA
City & County of San Francisco
My Comm. Expires Sept. 28, 2001

Jun-02-99 03:04P Richard H. Ballin, Esq.    510 583 5117    P.02

**EXHIBIT B**
**ATTORNEY OF RECORD**
Marc Agnifilo of Counsel for Defendant
Brafman & Associates PC
767 Third Ave., 26th Floor, New York, NY 10017
**WHEN RECORDED MAIL TO:**
Krista DiLorenzo, Clerk of the US District
Court for the Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2013-J776959-00
Tuesday, OCT 29, 2013 13:54:16
Ttl Pd     $39.00     Rcpt # 0004818631
REEL L013 IMAGE 0462
ofa/FT/2-3

1683-30

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS SECURING A PERSONAL SURETY BOND TO THE UNITED STATES DISTRICT COURT

THIS DEED OF TRUST, made this **29** day of **October**, between **David and Faina Del Debbio**, herein called TRUSTOR, whose address is **826 - 41st Avenue** (number and street) **San Francisco** (city) **CA** (state) **94121** and Krista DiLorenzo, Clerk, United States District Court for the Eastern District of New York, herein called TRUSTEE, and Krista DiLorenzo, Clerk, United States District Court for the Eastern District of New York, herein called BENEFICIARY,

Witnesseth: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in **San Francisco** County, California, described as: *(ATTACH PROPERTY DESCRIPTION ON SEPARATE PAGE)*

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

For the purpose of securing performance of each agreement of Trustor incorporated by reference or contained herein under the bond(s) posted on behalf of defendant(s) **Eugene Gourevitch** in Case No CR **12-0758** which includes an obligation by said trustor's surety(ies) in the amount of $ **1,000,000.00** secured by **property**.

TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES: By the execution and delivery of this Deed of Trust and the note or the Personal Surety Bond secured hereby, that provisions (1) to (14), inclusive, (which provisions, identical in all counties, are printed on the reverse hereof) of the fictitious deed of trust recorded in the book and at the page of Official Records in the office of the County Recorder of the County where said property is located, noted below opposite the name of such County, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | RE5477 | IM 148 | Kings | 1122 | 516 | Placer | 1996 | 591 | Sierra | 78 | 652 |
| Alpine | 30 | 374-376 | Lake | 942 | 153 | Plumas | 291 | 119 | Siskiyou | 824 | 414 |
| Amador | 333 | 343 | Lassen | 334 | 458 | Riverside | 1978 | 140181 | Solano | 1978 | 55321 |
| Butte | 2301 | 464 | Los Angeles | 78-738583 | | Sacramento | 78-07-07 | 1144 | Sonoma | 3421 | 802 |
| Calaveras | 475 | 244 | Madera | 1406 | 233 | San Benito | 432 | 18 | Stanislaus | 3074 | 385 |
| Colusa | 461 | 325 | Marin | 3400 | 76 | San Bernardino | 9469 | 1383 | Sutter | 929 | 678 |
| Contra Costa | 8914 | 326 | Mariposa | 185 | 364 | San Diego | 1978 | 78-285214 | Tehama | 755 | 108 |
| Del Norte | 219 | 441 | Mendocino | 1157 | 523 | San Francisco | C601 | 709 | Trinity | 192 | 632 |
| El Dorado | 1649 | 92 | Merced | 2130 | 629 | San Joaquin | 4420 | 184 | Tulare | 3549 | 778 |
| Fresno | 7069 | 711 | Modoc | 255 | 590 | San Luis Obispo | 2084 | 280 | Tuolumne | 539 | 129 |
| Glenn | 631 | 343 | Mono | 246 | 573 | San Mateo | 7759 | 2337 | Ventura | 5158 | 219 |
| Humboldt | 1500 | 553 | Monterey | 1257 | 744 | Santa Barbara | 78-30910 | | Yolo | 1316 | 148 |
| Imperial | 1418 | 1241 | Napa | 1088 | 368 | Santa Clara | D797 | 194 | Yuba | 671 | 393 |
| Inyo | 232 | 93 | Nevada | 963 | 297 | Santa Cruz | 2933 | 275 | | | |
| Kern | 5123 | 521 | Orange | 12749 | 728 | Shasta | 1536 | 350 | | | |

are hereby adopted and incorporated herein and made a part hereof as though fully set forth herein at length; that Trustor will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in the Deed of Trust. The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

STATE OF CALIFORNIA
COUNTY OF **San Francisco** }ss:

On **October 29, 2013**, before me, **Amy Jo McGuigan, Notary Public**, personally appeared **David Del Debbio & Faina Del Debbio**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

Signature of Trustor: David Del Debbio
D. Del Debbio
IGour—
Faina Gourevitch

AMY JO MCGUIGAN
Commission # 1878907
Notary Public - California
San Francisco County
My Comm. Expires Feb 2, 2014

THIS DEED OF TRUST IS EXECUTED SOLELY FOR THE PURPOSE OF POSTING BAIL FOR DEFENDANT **Eugene Gourevitch** IN THE CASE OF UNITED STATES v **Eugene Gourevitch**, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK N° CR **12-0758**

U.S. v. Eugene Gourevitch, CR 12-0758 – PROPERTY POSTING

Property Description:

Property held by David A. Del Debbio and Faina Gourevitch-Del Debbio, husband and wife, as Joint Tenants, Trustees of the Del Debbio-Gourevitch Trust (created by a Declaration of Trust, dated June 7, 1999,) the following-described real property in the city of San Francisco, County of San Francisco, State of California:

> Beginning at a point on the easterly line of 41st Avenue, distant thereon 150 feet southerly from the southerly line of Cabrillo Street; running thence southerly on said line of 41st Avenue 25 feet; thence at a right angle easterly 120 feet; thence at a right angle northerly 25 feet; thence at a right angle westerly 120 feet to the point of beginning. Being a portion of Outside Land Block No. 420.
>
> Commonly known as 826 – 41st Avenue, San Francisco, California

EXHIBIT A

# OBLIGATION

We, the undersigned, represent and/or agree that:

(1) We are the owners of the property pledged in the attached Deed of Trust;

(2) In consideration for the release of defendant Eugene Gourevitch on bond in the matter of the United States v. Eugene Gourevitch, Case No. CR 12-0758, we pledge the amount of $1,000,000.00 to be secured by the above-mentioned Deed of Trust executed in favor of the United States District Court, Eastern District of New York.

(3) In the event bail is eventually exonerated in said matter, said beneficiary of the Deed of Trust is authorized and requested to execute and acknowledge the Reconveyance document also attached hereto;

(4) In the event bail is eventually forfeited for failure to comply with the terms of the bail order, said beneficiary is authorized to request the trustee under the Deed of Trust to proceed with foreclosure under the terms of the Deed of Trust and to submit this document together with the order forfeiting bail and the Deed of Trust as conclusive evidence of default.

Dated: 10/29/13    _[signature]_

Dated: 10/29/13    _[signature]_

EXHIBIT C

WHEN RECORDED MAIL TO:

Mr. and Mrs. David Del Debbio
826 - 41st Avenue
San Francisco, CA 94121

Space Above This Line for Recorder's Use

# FULL RECONVEYANCE

Krista DiLorenzo, Clerk, United States District Court for the Eastern District of New York as Trustee and Beneficiary under that certain Deed of Trust dated the __29__ day of __October, 2013__, _____, executed by __David Del Debbio and Faina Gourevitch-Del Debbio__ _____

as Trustor(s) and recorded as instrument number __2013-J776959-00__ on __29 October 2013__ in Book _____ at Page _____ of Official Records, in the Office of the Recorder of _____ __San Francisco__ County, California, having been requested in writing by the holder of the obligations secured by said Deed of Trust to reconvey the estate granted to Trustee under said Deed of Trust, DOES HEREBY RECONVEY to the person or persons legally entitled thereto, without warranty, all the estate, title, and interest acquired by Trustee under said Deed of Trust.

_____
Krista DiLorenzo,
Clerk of Court, United States District Court

Dated: _____

STATE OF CALIFORNIA  } ss:
COUNTY OF _____

On _____, before me, _____,
personally appeared _____
_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(This area for Official Notarial Seal)